IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00186 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| JOEY FAUGHT | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss (Doc. No. 56, 57), seeking to dismiss the indictment in this case pursuant to the Interstate Agreement on Detainers ("IAD"). For the reasons stated in the accompanying Memorandum, the motion is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE